IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARRIE TEAGER, | ) |
| | ) |
| Plaintiff, | ) 1:16-cv-02213 |
| | ) |
| v. | ) Judge Lefkow |
| | ) Magistrate Judge Finnegan |
| GLOBAL RECEIVABLES SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within sixty (60) days from the date of entry of this order. If this case has not been reinstated within sixty (60) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

The status date of April 26, 2016 is stricken.

_____
Hon. Joan Lefkow
United States District Judge

Dated: 4-5-2016